# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Corey Anderson, )
)
Plaintiff )
)
vs. )
) Case No. _____
Jack Harlan (in capcity) ) *(The case number will be assigned by the clerk)*
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
_____, )
) **FILED**
Defendant(s) )
) APR 0 2 2025
)
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Corey Anderson

   Prison Identification Number: 2720

   Current address: 152 S Kellogg St galesburg Il 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Jack harlan (in capcity)

   Current Job Title: Sheriff

   Current Work Address 152 S Kellogg St galesburg Il 61401

   Defendant #2:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   Defendant #3:

   Full Name: _____

   Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Knox County jail Galesburg Il 61401___

4

Date(s) of the occurrence _____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I am currently incarcerated in Knox County Jail Galesburg Illinois. I have been here for several months. And the jail was not giving me a option for a free visit to visit my family and friends. Which puts me and my family thru mental, emotional physical and financial stress not able to see each other unless we have money. Knox County jail was violating the Illinois jail standards inmates should never only have to pay for visits. Jail is supposed to help rehabilitate and it has been proven inmates integrating with family and friends helps them rehabilitate. A jail should never profit off denying us access to family and friends. I have lost touch with my 2 children and several family members because the stress it is and financial hardship it brings just to see me which should be free. They can charge for visits but to give no free visit option on site or online is cruel and unusual punishment. I ask to be refunded all video visit money and phone calls.

2.) Phone calls are 4.20 in Knox County jail the calls price is enhanced so much and it cost the phone company less than 1 dollar to provide it to us

Knox County is letting them do it so they can once again profit off a inmate who is supposed to be getting help downfall. This is extreme unjust enrichment and is a basically extortion/bullying tatic because we as inmates have no choice but to pay outragues inflated prices just to talk to our loved ones. I ask to be refunded all money spent on video visits and phone calls because I had no choice but to call or set up video visit due to it being no free visit option like required by law.

3.) Knox County is putting me thru extreme lockdown procedures by having me in the cell 31 hours straight. When by law one hour is required a day. No matter how they try to calculate time a day is 24 hours never could be anything else so therefore me being forced in cell for 31 hours is cruel and unusual punishment and I am suffering mentally and physically from this violation of my clearly given rights. My mental state is deteriorating and I feel hopeless and like I'm a hostage or being charged with being a violent person or in segregation. Knox County should not be allowed to trample on our rights and treat us less then humans and get away with it.

As Knox County provides no adequate law library. It has a app for law library but if I dont know case # or name of what I need exactly its no finding it. Also I cant look up certain rules and things I need because all tablet law library answers are for cases basically. And I cant print what I need on tablet. Law library I'm supposed to be able to look up things and print them at will. Knox County deprives me of that right.

All these issues show a clear violation of my rights. I request my money back for phone calls and video visits from the day I arrived until when they finally added kiosk in visiting room but never broadcasted its existence for inmates to use. Also to be paid for my mental and physical distress from my rights being violated and being confined 31 hours straight like a animal.

## RELIEF REQUESTED

(State what relief you want from the court.)

50,000 and all my money from calls and video visits

returned to me because they violated my rights and continue to do so

JURY DEMAND        Yes [X]        No [ ]

Signed this  18  day of  March , 20 25 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: Corey Anderson | Inmate Identification Number: 2720 |
|---|---|
| Address: 152 S. Kellogg galesburg IL 61401 | Telephone Number: NONE |

Cory Anderson
852 S. Kellogg
Galesburg Il 61401

US Clerk
322, 16th Street Ste 200A
Rock Island Il 61201



LEGAL MAIL